# First District Court of Appeal
## State of Florida

———————————————————

No. 1D2025-1751

———————————————————

MAGDALENA MARCZEWSKI,

   Appellant,

   v.

FLORIDA STATE HOSPITAL,

   Appellee.

———————————————————

On appeal from the Circuit Court for Gadsden County.
Christopher D. Bufano, Judge.

January 30, 2026

PER CURIAM.

   AFFIRMED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Jessica J. Yeary, Public Defender, and Megan Lynne Long and Lori A. Willner, Assistant Public Defenders, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Brandon M. Elyakim, Assistant Attorney General, Tallahassee; Kathi Lee Kilpatrick, Department of Children and Families, Chattahoochee, for Appellee.